**TIFFANY & BOSCO**
— P.A. —
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 E. CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Secured Creditor
25-08749-US-AZ

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Joseph Michael Davis and Beverly Catrina Davis<br><br>Debtors.<br><br>U.S. Bank National Association<br><br>Secured Creditor,<br>vs.<br><br>Joseph Michael Davis and Beverly Catrina Davis, Debtors; Edward J. Maney, Trustee.<br><br>Respondents. | Chapter 13<br><br>Case No. 2:25-bk-07172-MCW<br><br>**OBJECTION TO CHAPTER 13 PLAN**<br><br>RE: Real Property Located at<br>10422 W Yuma St<br>Tolleson, AZ 85353 |

  U.S. Bank National Association, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtors for the following reason:

  The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to U.S. Bank National Association, in the approximate amount of $2,047.21. Secured Creditor is in the process of filing a Proof of Claim. U.S. Bank National Association requests that the arrearages be paid through the Plan.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied;

2. For attorney's fees and costs incurred herein;

3. For such other and further relief as this Court deems just and proper.

DATED this 18th day of August, 2025.

Respectfully submitted,
TIFFANY & BOSCO, P.A.

By: /s/ Leonard J. McDonald #(014228)
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Secured Creditor

COPY of the foregoing mailed
August 18, 2025 to:

Joseph Michael Davis and Beverly Catrina Davis
10422 W. Yuma Street
Tolleson, AZ 85353
Debtors

Thomas Adams McAvity
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtors

Edward J. Maney
101 N. First Ave.
Suite 1775
Phoenix, AZ 85003
Trustee

By: Jesse Ference